**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| NATHAN MILLER | : | |
|         Plaintiff | : | |
| v. | : | Civil Action No. 2:21-cv-944-ER |
| AMAZON.COM SERVICES, INC. and | : | |
| QUEST DIAGNOSTICS CLINICAL | : | |
|   LABORATORIES, INC. | : | |
|         Defendants | : | |

**CERTIFICATE OF SERVICE**

     I, Christopher J. DelGaizo, Esquire, hereby certify that a true and correct copy of *Plaintiff, Nathan Miller's, Amended Complaint,* was sent to the following via electronic email provided vis-à-vis the electronic filing system of the United States District Court for the Eastern District of Pennsylvania, on the following day:

Tyson Herrold, Esquire
Eric L. Barnum, Esquire
**BAKER & HOSTETLER, LLP**
1170 Peachtree Street NE, Suite 2400
Atlanta, GA 30309-7676

Lindsay M. McCall, Esquire
**BAKER & HOSTETLER, LLP**
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA 19104
*Counsel for Amazon*

David J. Woolf, Esquire
**FAEGRE DRINKER BIDDLE &**
  **REATH, LLP**
One Logan Square, Suite 2000
Philadelphia, PA 19103

Renee M. Dudek, Esquire
**FAEGRE DRINKER BIDDLE &**
  **REATH, LLP**
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801

D. Faye Caldwell, Esquire
**CALDWELL EVERSON, PLLC**
2777 Allen Parkway, Suite 950
Houston, TX 77019
*Counsel for Quest Diagnostics*

                                          */s/ Christopher J. DelGaizo, Esquire*
                                          CHRISTOPHER J. DELGAIZO, ESQUIRE
                                          Attorney for Plaintiff

Date: April 9, 2021