IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Nathan Miller, | : | CIVIL ACTION |
| | : | NO. 21-944 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| Amazon.Com Services, Inc., | : | |
| et al., | : | |
| | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this **11th** day of **June, 2021,** for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Quest's Motion to Dismiss (ECF No. 25) is **GRANTED.** Accordingly, Counts Four and Five of the Amended Complaint (ECF No. 23) are **DISMISSED with prejudice.**

2. Amazon's Partial Motion to Dismiss (ECF No. 26) is **DENIED.**

3. Quest's Motion for Leave to File a Reply Brief (ECF No. 31) is **GRANTED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**